# Davis Polk

| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Gerald M. Moody, Jr.**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4849 tel
212 701 5549 fax
gerald.moody@davispolk.com

January 4, 2016

Re: *The Estate of Michael Heiser v. Clearstream Banking, S.A.*,
Case No. 11 Civ. 1597 (DAB) (GWG)

<u>Via ECF</u>

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Batts:

Davis Polk & Wardwell LLP represents defendant Clearstream Banking, S.A. in the above-referenced action. After January 4, 2016, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk & Wardwell LLP will continue to represent defendant Clearstream Banking, S.A. in this action.

Respectfully submitted,

Gerald M. Moody, Jr.

cc: All Counsel of Record (via ECF)

SO ORDERED. _____, 2016

_____
U.S.D.J.